No. 11–5740.  MELTON *v.* GER TAYLOR GARDENS, LLC, *ante,* p. 950.  Petitions for rehearing denied.

No. 10–9837.  WILSON *v.* UNITED STATES, *ante,* p. 931.  Petition for rehearing denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

## NOVEMBER 15, 2011

No. 11A480.  BROOKS *v.* OHIO.  Application for stay of execution of sentence of death, presented to JUSTICE KAGAN, and by her referred to the Court, denied.

No. 11A485.  BROOKS *v.* BOBBY, WARDEN.  Application for stay of execution of sentence of death, presented to JUSTICE KAGAN, and by her referred to the Court, denied.

No. 11–7307 (11A471).  CHANDLER *v.* FLORIDA.  Sup. Ct. Fla.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Certiorari denied.

No. 11–7324 (11A479).  BROOKS *v.* BOBBY, WARDEN.  C. A. 6th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE KAGAN, and by her referred to the Court, denied.  Certiorari denied.

No. 11–7342 (11A484).  BROOKS *v.* OHIO.  Ct. App. Ohio, Cuyahoga County.  Application for stay of execution of sentence of death, presented to JUSTICE KAGAN, and by her referred to the Court, denied.  Certiorari denied.

## NOVEMBER 17, 2011

No. 11–7463 (11A496).  RHOADES *v.* REINKE, DIRECTOR, IDAHO DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.